**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6437

GARDNER BRADLEY,

            Plaintiff - Appellant,

       v.

GENERAL COUNSEL, for Central Office, BOP; KIM WHITE, Regional
Director; JOE DRIVER, Warden; MR. HOWELL, Executive Staff of USP
McCreary, BOP,

            Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:07-cv-00112-JPB-JSK)

Submitted:  May 22, 2008             Decided:  June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gardner Bradley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gardner Bradley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bradley v. Gen. Counsel, for Cent. Office, BOP</u>, No. 3:07-cv-00112-JPB-JSK (Mar. 14, 2008). We deny Bradley's motion for a preliminary injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>